HONEYWELL INTERNATIONAL,
INC., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–
Appellant.

No. 05–5145.

United States Court of Appeals,
Federal Circuit.

June 5, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).